UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAY JAMES FIELDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:24-cv-00291-JPH-MG |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is **dismissed without prejudice**.

**SO ORDERED.**

Date: 11/22/2024

Kristine L. Seufert, Clerk

BY: ___Carina Weed___
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JAY JAMES FIELDS
#15185-088
LEAVENWORTH - USP
LEAVENWORTH U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEAVENWORTH, KS 66048

All electronically registered counsel

1